AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| | | | DISTRICT COURT |
|---|---|---|---|
| KMEDIA, INC. | vs. | VONAGE AMERICAN, INC., ET AL. | SOUTHERN |
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | | DOCKET NUMBER |
| Mark Canton, Esq. | Gregory P. Gulia, Esq. | | 07-20958-CIV-KING |
| Marc Lorelli, Esq. | Alan Kallo, Esq. | | TRIAL DATE(S) |
| | Lida Rodriguez-Taseff, Esq. | | May 17, 2007 |
| PRESIDING JUDGE | COURT REPORTER | | COURTROOM DEPUTY |
| JAMES LAWRENCE KING | Tammy Nester | | Joyce M. Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| * | | 5/17/07 | | | Michael Diz (Sworn) |
| 1 | | 5/17/07 | * | | Vivo Phone website printout |
| 2 | | 5/17/07 | * | 5/17 | product |
| 3 | | 5/17/07 | * | 5/17 | product |
| 5 | | 5/17/07 | * | 5/17 | product |
| 6 | | 5/17/07 | * | 5/17 | product |
| 7 | | 5/17/07 | * | | CES Tradeshow 1/8/06 (Vivo Phone) |
| | | | | | All Evidence retained by Counsel |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages