```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION
                      CASE NO. 07-20958-CIV-MORENO
 3
     KMEDIA, INC.,
 4                                          Miami, Florida
                      Plaintiff,
 5                                          May 17, 2007
              vs.
 6
     VONAGE AMERICAN, INC.
 7   VONAGE MARKETING, INC.,

 8                    Defendants.

 9   ---------------------------------------------------------

10          EVIDENTIARY INJUNCTIVE RELIEF HEARING
           BEFORE THE HONORABLE JAMES LAWRENCE KING
11                UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   FOR THE PLAINTIFF(S):   MARK A. CANTOR, ESQUIRE
                             MARC LORELLI, ESQUIRE
14                           BROOKS KUSHMAN, P.C.
                             1000 Town Center, 22nd Floor
15                           Southfield, MI 48075

16

17   FOR THE DEFENDANT(S):   GREGORY GULIA, ESQUIRE
                             DUANE MORRIS
18                           200 South Biscayne Boulevard
                             Suite 3400
19                           Miami FL 33131

20                           GREGORY GULIA, ESQUIRE
                             DUANE MORRIS
21                           1540 Broadway
                             New York, NY 10036
22
     REPORTED BY:            TAMMY NESTOR, RPR
23                           Official Court Reporter
                             99 N.E. Fourth Street, Room 1061
24                           Miami, Florida 33132
                             (305) 523-5148
25
```