UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20958-CIV-KING

KMEDIA, INC.
d/b/a VIVOPHONE,
a Florida corporation,

    Plaintiff,

v.

VONAGE AMERICA, INC.,
a Delaware corporation, and
VONAGE MARKETING, INC.,
a Delaware corporation,

    Defendants,

and

VONAGE AMERICA, INC.,
a Delaware corporation, and
VONAGE MARKETING, INC.,
a Delaware corporation, and
VONAGE HOLDINGS CORP.,
A Delaware corporation,

    Counterclaim-Plaintiffs,

vs.

KMEDIA, INC.
d/b/a VIVOPHONE,
a Florida corporation,

    Counterclaim-Defendant.
_____/

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the Stipulation of Dismissal with Prejudice

(D.E. #54) filed April 11, 2008, in the above-styled case. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED with prejudice. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of settlement.

2. All unresolved pending motions **(D.E. #s 44, 45 and 47)** in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **June 6, 2008** and the **Trial** previously set for **August 11, 2008** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 15th day of April, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge Ted E. Bandstra

*Counsel for Plaintiff:*
Mark A. Cantor, *Pro Hac Vice*
Marc Lorelli, *Pro Hac Vice*
Brian S. Tobin, *Pro Hac Vice*
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
Facsimile: (248) 358-3351

J. Michael Wermuth, Esq.
WERMUTH LAW, P.A.
8750 N.W. 36th Street
Suite 220
Miami, FL 33178-2499
Facsimile: (305) 715-8982

*Counsel for Defendants:*
Gregory P. Gulia, Esq., *Pro Hac Vice*
Eric W. McCormick, Esq., *Pro Hac Vice*
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
Facsimile: (212) 692-1020

Lida Rodriguez-Taseff, Esq.
Duane Morris LLP
200 South Biscayne Blvd.
Suite 3400
Miami, FL 33131
Facsimile: (305) 960-2201